IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Anthony D. Rice
Andrea D. Rice

Debtors

Bankruptcy No. 10-01170
Judge Susan Pierson Sonderby
Chapter: 13

### NOTICE AND RESPONSE OF OUTSTANDING OBLIGATIONS

NOTICE IS HEREBY GIVEN that in response to the Trustee's notice of cure of arrearage Wells Fargo Bank, N.A. as Trustee for National City Mortgage Loan Trust 2005-1, Mortgage-Backed Certificates, Series 2005-1 provides the following statement of outstanding obligations:

Post petition Real estate taxes paid: $2,469.28
Prior agreement by Debtor of remaining balance due on arrearage: $10,045.35

### CERTIFICATE OF SERVICE

TO: Anthony D. Rice, 10898 South Prospect, Chicago, IL 60643
Andrea D. Rice, 10898 South Prospect, Chicago, IL 60643
Tom Vaughn, 200 S. Michigan Ste 1300, Chicago, IL 60604
Daryl R. Berry, 2609 W. 79th St., Chicago, IL 60652
Patrick S. Layng, 219 S. Dearborn, Rm. 873, Chicago, IL 60604

I, Andrew E. Houha, an attorney, certify that I served a copy of this Notice of Outstanding Obligations on the Debtors on May 10, 2011, postage prepaid by depositing the same in the U.S. Mail at 230 W. Monroe St., Chicago, IL 60606. The remaining parties were served by this Court's CM/ECF electronic noticing system.

/s/ Andrew E. Houha
Andrew E. Houha, IL ARDC #6216265

Andrew E. Houha
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
**THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**